No. 196. ROBINSON *v.* BATON ROUGE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. P. G. Borron* for petitioner.

No. 198. SCHALLER *v.* PHILADELPHIA. October 12, 1942. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Michael Francis Doyle* for petitioner. *Messrs. Ernest Lowengrund* and *Abraham Wernick* for respondent.

No. 200. STONE ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Lewis F. Jacobson* and *David Silbert* for petitioners. *Assistant Solicitor General Cox* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 206. Series "A" TRUST *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the U. S. Court of Appeals for the District of Columbia denied. *Mr. Geo. E. H. Goodner* and *Miss Helen Goodner* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Warren F. Wattles* and *Miss Helen R. Carloss* for respondent.

No. 207. LEHIGH VALLEY RAILROAD CO. ET AL. *v.* DOOLEY. October 12, 1942. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Edward A. Markley, Frank L. Mulholland, Clar-*